1   HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2   HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
3   Office of the Federal Defender
2300 Tulare Street, Suite 330
4   Fresno, CA 93721-2226
Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
TEM PHAPHONH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00100 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER** |
| vs. | |
| TEM PHAPHONH, | |
| Defendant. | |

### **BACKGROUND**

Defendant Phaphonh made an initial appearance on a Criminal Complaint on June 29, 2018. This matter is currently scheduled for a preliminary hearing on **July 12, 2018**, fourteen days after the initial appearance. Because the defendant is not in custody, Federal Rule of Criminal Procedure 5.1(c) allows for scheduling of a preliminary hearing twenty-one days after the initial appearance.

The parties have conferred and are exploring several different options for proceeding in this matter. They now mutually request that the preliminary hearing be continued to **July 19, 2018**.

//

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 6, 2018 | | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>TEM PHAPHONH |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| Date: July 6, 2018 | | */s/ Michael G. Tierney*<br>MICHAEL G. TIERNEY<br>Assistant United States Attorney |

## **O R D E R**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **July 12, 2018** be continued to **July 19, 2018 at 2 pm in Courtroom 9 before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated: **July 6, 2018**            /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

Phaphonh - Stipulation to Continue                    2