MCGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMINE HAMBARTSUMYAN<br>and<br>TEM PHAPHONH<br><br>Defendants. | CASE NO. 1:18-mj-00100<br><br>STIPULATION and ORDER TO CONTINUE PRELIMINARY HEARING AS TO DEFENDANT PHAPHONH |

## **BACKGROUND**

Defendant Phaphonh made an initial appearance on June 29, 2018 after her arrest on an arrest warrant issued in conjunction with a Criminal Complaint. On July 12, 2018, the United States provided initial, voluntary discovery to the counsel for defendant. On July 13, 2018 and August 8, 2018, pursuant to stipulations of the parties, judges of this Court have extended the time for the preliminary hearing. The preliminary hearing is currently scheduled for Septmber 27, 2018. (Dkt. 16, 18).

Since the time, the parties have continued to investigate the matter and explore resolution. The parties met on September 13 and have scheduled a final meeting for September 26-28 to discuss moving forward. After assessing the information exchanged in that meeting, the parties will resolve the matter or will move forward. A final continuance of two weeks will permit them to assess the information and follow up as necessary.

1

As noted above, this matter is currently scheduled for a preliminary hearing on **September 27, 2018**, and has already been continued from an earlier setting. Federal Rule of Criminal Procedure 5.1(c) requires that preliminary hearing occur within twenty-one days, but Rule 5.1(d) also provides that the time limits may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as defense counsel require time to communicate with the defendant regarding discovery and because a potential pre-indictment resolution would represent an efficient resolution of the matter. The parties request that a preliminary hearing be re-set for **October 11, 2018**.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest, for defense preparation, plea negotiation, and continuity of counsel.

## **STIPULATION AND [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **September 27, 2018** be continued to **October 11, 2018**. The parties agree to exclude time under the Speedy Trial Act from

//
//
//
//
//
//
//

1 | September 27, 2018 to October 11, 2018, because the interest of the public and of the defendant
2 | in a public indictment and trial are outweighed by the need for defense preparation, plea
3 | negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: September 20, 2018          By:    /s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney

DATED: September 20, 2018          By:    /s/ Megan Hopkins

Megan Hopkins
Assistant Federal Defender
Attorney for Tem Phaphonh

**O R D E R**

IT IS SO ORDERED that the preliminary hearing currently set for September 27, 2018 is continued to October 11, 2018 at 2:00 p.m. before Magistrate Judge Erica P. Grosjean. The period from September 27, 2018 to October 11, 2018 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b). The Court finds that the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated: **September 20, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

4